**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-06-380-1 |
| | § | CIVIL ACTION NO. H-14-413 |
| CHRISTOPHER ALAN RAMIREZ, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Order entered this date, Civil Action

No. 14-413 is dismissed with prejudice, and the motion for relief under § 2255 filed in Criminal

Action No. 06-380 is denied.

This is a final judgment.

SIGNED on July 22, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge