Case 4:06-cr-00380   Document 184   Filed in TXSD on 07/13/18   Page 1 of 8

United States Courts
Southern District of Texas
FILED
JUL 13 2018
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHRISTOPHER ALAN RAMIREZ, PRO SE PETITIONER, <br><br> V. <br><br> UNITED STATES OF AMERICA, RESPONDENT. | Case No. H-18-1493 <br><br> 4:06-CR-00380-001 <br><br> MOTION TO AMEND 2255 MOTION SEEKING RELIEF PURSUANT TO RULE 15(b)(2) |

Comes Now, Petitioner Christopher Alan Ramirez, ("Ramirez") appearing in pro se and files this present motion requesting to "Amend" his pending 2255 motion. (Case No. H-18-1493)

Ramirez asserts that because of Due Diligence, to become better acquainted with the law and court proceedings, that through casual conversation with another inmate about amending his current 2255 motion, he became aware of the fact that he should have filed said motion as a second or successive to the Fifth Circuit Court of Appeals, because he had already filed a 2255 motion. (Docket Entry 151 and 152).

Ramirez also asserts that he also understands that Fed. R. Crim. P. may allow his District Court to transfer said motion to the Court of Appeals; but, because Ramirez wishes to also AMEND his current 2255 motion, he's asking for said motion to be rescinded.

1.

Therefore, because Ramirez has now become aware of his procedural mistake, and wishes to "AMEND" his pending 2255 motion since the Goverment has not yet responded to said motion, Ramirez asks that his 2255 motion (Case No. H-18-1493) be "Rescinded" so that Ramirez can Amend said motion and follow the proper procedure of filing a second or successive 2255 motion in the Fifth Circuit Court of Appeals.

Dated: July 10, 2018              Respectfully Submitted,

C. R.

Christopher A. Ramirez
Reg No. 06213-179
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

2.

## Certificate of Service

I, Christopher Alan Ramirez, hereby certify that a true and correct copy of this motion requesting that Case No. H-18-1493 be rescinded was properly paid for with postal stamps and mailed to the below listed individuals on June 27th, 2018.

Dated: July 10, 2018　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　C.R.

United States Southern District Court Clerk,
　　Mr. Bob Casey.

United States Assistant District Attorney,
　　Mr. Jason Smith.

3.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHRISTOPHER ALAN RAMIREZ, PRO SE PETITIONER, | Case No. H-18-1493 |
| | 4:06-CR-00380-001 |
| V. | |
| UNITED STATES OF AMERICA, RESPONDENT. | MOTION TO AMEND 2255 MOTION SEEKING RELIEF PURSUANT TO RULE 15(b)(2) |

Comes Now, Petitioner Christopher Alan Ramirez ("Ramirez") appearing in pro se and files this present motion requesting to "AMEND" his pending 2255 motion. (Case No. H-18-1493)

Ramirez asserts that because of Due Diligence, to become better acquainted with the law and court proceedings, that through casual conversation with another inmate about amending his pending 2255 motion, he became aware of the fact that he should have filed said motion as a second or successive to the Fifth Circuit Court of Appeals, because he had already filed a 2255 motion. (Docket Entry 151 and 152)

Ramirez also asserts that he also understands that Fed. R. Crim. P. May allow his District Court to tranfer said motion to the Court of Appeals; but, because Ramirez wishes to also AMEND his pending 2255 motion, he's asking for said motion to be rescinded.

1.

Therefore, because Ramirez has now become aware of his procedural mistake, and wishes to "AMEND" his current 2255 motion since the Goverment has not yet responded to said motion, Ramirez asks that his 2255 motion (Case No. H-18-1493) be "RESCINDED" so that Ramirez can Amend said motion and follow the proper procedure of filing a second or successive 2255 motion in the Fifth Circuit Court of Appeals.

Dated: July 10, 2018    Respectfully Submitted,

Christopher A. Ramirez
Reg No. 66213-179
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

2.

## Certificate of Service

I, Christopher Alan Ramirez, hereby certify that a true and correct copy of this motion requesting that Case No. 14-18-1493 be rescinded was properly paid for with postal stamps and mailed to the below listed individuals on July 10, 2018.

Dated: July 10, 2018          Respectfully Submitted,

                              C.R.

United States Chief Justice of Houston Texas,
    Judge Lee H. Rosenthal.

United States Assistant District Attorney,
    Mr. Jason Smith.

3.



7015 1730 0000 7824 3400

United States Courts
Southern District of Texas
FILED
JUL 13 2018
David J. Bradley, Clerk of Court

Court Clerk, Mr. Bob Casey
United States District Court
Southern District of Texas
P.O Box 61010
Houston TX 77208

Special legal
Mail

Inmate Name: Chris Ramirez
Register Number: 60623-179
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837   7.9.18

JUL 10 2018

CERTIFIED MAIL

7015 1730 0000 7824 3400



Court Clerk, Mr. Bob C[...]
United States District Cou[...]
Southern District of Te[...]
P.O. Box 61010
Houston, TX 77208

Special legal
Mail